HAMILTON TRUST COMPANY OF PATERSON, NEW JERSEY, appellant,

*v.*

LOUISE BAMFORD, executrix, &c., et al., respondents.

[Decided October 14th, 1929.]

*Messrs. Humphreys & Sumner,* for the appellant.

*Mr. Merritt Lane* and *Mr. Robert J. McDermott,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *102 N. J. Eq. 454.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.